UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA, and
CONSUMER FINANCIAL PROTECTION BUREAU                           Plaintiffs

V.                                                         NO. 1:16CV118-M-S

BANCORPSOUTH BANK,                                              Defendant

## ORDER

This Court has, on the parties' motion, previously entered consent decrees which appear to have resolved all current issues in this case. It therefore appears that continued litigation is, at this time, unnecessary. Accordingly, the Clerk of the Court is **DIRECTED** to close this action for the purposes of pending administrative deadlines set forth in the Civil Justice Reform Act. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2004) ("The effect of an administrative closure is no different from a simple stay, except that it affects the count of active cases pending on the court's docket; i.e., administratively closed cases are not counted as active."). Should further litigation be necessary, either party may move to reopen this case. Moreover, this court retains jurisdiction to enter any further modifications of the consent decree, without formally reopening the case.

This, the 8th day of August, 2019.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI