IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>      Plaintiffs,<br><br>   v.<br><br>BANCORPSOUTH BANK,<br><br>      Defendant. | Case No. 1:16-cv-00118-MPM-DAS<br><br>**JOINT MOTION TO TERMINATE THE CONSENT ORDER** |

The United States, the Consumer Financial Protection Bureau, and BancorpSouth Bank jointly move to terminate the Consent Order (ECF 8) in this matter pursuant to paragraph 85 of that Order. Paragraph 85 states in relevant part:

> At any time after the [Consent] Order has been in effect for three years, the parties may file a joint motion to terminate this [Consent] Order, which motion may be proposed by Defendant if Defendant has fully complied with all its terms, including, but not limited to, the disbursement of all funds in the Loan Subsidy Program, and accomplished the remedial goals of the [Consent] Order, as determined by Plaintiffs.

The effective date of the Consent Order was July 25, 2016. ECF 8. Thus, the Consent Order had been in effect for three years as of July 25, 2019. Absent a joint motion, the Consent Order is expected to expire upon Plaintiffs' non-objection to the Defendant's fourth Annual Report under paragraph 77 of the Consent Order, which is due on or about September 7, 2020. *See* ECF 8, ¶85. All parties to this matter agree that early termination under paragraph 85 of the Consent Order is appropriate.

1

Dated: January 24, 2020 	Respectfully submitted,


        SAMEENA SHINA MAJEED
        Chief

        JON M. SEWARD
        Deputy Chief


        /s/ Patricia L. O'Beirne
        PATRICIA L. O'BEIRNE (DC Bar #437018)
        Trial Attorney
        Patricia.O'Beirne@usdoj.gov


        /s/ Oneshia S. Herring
        ONESHIA S. HERRING (NC Bar #41308)
        Trial Attorney
        Oneshia.Herring@usdoj.gov

        United States Department of Justice
        Civil Rights Division
        Housing and Civil Enforcement Section
        4 Constitution Square
        150 M Street NE – 8th Floor
        Washington, DC 20530
        Phone: (202) 514-4713
        Fax: (202) 514-1116


        *Attorneys for Plaintiff United States of America*

Cara Petersen
Acting Enforcement Director

Deborah Morris
Deputy Enforcement Director

Michael Favretto
Acting Assistant Deputy Enforcement Director


/s/ Jesse Stewart
Jesse Stewart (NY Bar No. 5145495)
Enforcement Attorney
Email: jesse.stewart@cfpb.gov
Tel.: 202-435-9641
Fax: 202-435-5471
1700 G Street, NW
Washington, DC 20552


*Attorneys for Plaintiff the Consumer Financial Protection Bureau*

                    Anand S. Raman (admitted *pro hac vice*)
                    Skadden, Arps, Slate, Meagher & Flom LLP
                    1440 New York Avenue, N.W.
                    Washington, D.C. 20005-2111
                    Tel. 202-371-7000
                    Fax 202-393-5760
                    anand.raman@skadden.com

                    /s/ Heath A. Fite
                    Heath A. Fite (MS#100889)
                    Waller Lansden Dortch & Davis, LLP
                    Regions-Harbert Plaza, Suite 1400
                    1901 6th Avenue North
                    Birmingham, AL  35203
                    Phone:  205-214-6380
                    Fax:  205-214-8787
                    heath.fite@wallerlaw.com

                    *Attorneys for Defendant BancorpSouth Bank*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel for Plaintiff Consumer Financial Protection Bureau and Defendant BancorpSouth Bank.

                    /s/ Oneshia S. Herring
                    Attorney for the United States of America