IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA, and
CONSUMER FINANCIAL PROTECTION
BUREAU,

        Plaintiffs,

   v.

BANCORPSOUTH BANK,

        Defendant.

Case No. 1:16-cv-00118-MPM-DAS

**ORDER TERMINATING CONSENT ORDER**

The parties have submitted a joint motion to terminate the Consent Order in this matter pursuant to paragraph 85 of that Order. Paragraph 85 states in relevant part:

> At any time after the Order has been in effect for three years, the parties may file a joint motion to terminate this Order, which motion may be proposed by Defendant if Defendant has fully complied with all its terms, including, but not limited to, the disbursement of all funds in the Loan Subsidy Program, and accomplished the remedial goals of the Order, as determined by Plaintiffs.

**WHEREAS** the effective date of the Consent Order was July 25, 2016. Thus, the Consent Order had been in effect for three years as of July 25, 2019. Absent a joint motion, the Consent Order is expected to expire upon Plaintiffs' non-objection to the Defendant's fourth Annual Report pursuant to paragraph 77 of the Consent Order, which is due on or about September 7, 2020.

**IT IS ORDERED** that the parties' motion is granted, the Consent Order shall terminate as of the date of entry of this Order, and this case is dismissed with prejudice.

**SO ORDERED**, this 27th day of January, 2020.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**

The undersigned hereby consent to the entry of this Order:

**For the Plaintiffs:**

**United States of America**

SAMEENA SHINA MAJEED
Chief

JON M. SEWARD
Deputy Chief


/s/ Patricia L. O'Beirne
PATRICIA L. O'BEIRNE (DC Bar #437018)
Trial Attorney
Patricia.O'Beirne@usdoj.gov


/s/ Oneshia S. Herring
ONESHIA S. HERRING (NC Bar #41308)
Trial Attorney
Oneshia.Herring@usdoj.gov

United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
4 Constitution Square
150 M Street NE – 8th Floor
Washington, DC 20530
Phone: (202) 514-4713
Fax: (202) 514-1116

**Consumer Financial Protection Bureau:**

Cara Petersen
Acting Enforcement Director

Deborah Morris
Deputy Enforcement Director

Michael Favretto
Acting Assistant Deputy Enforcement Director


/s/ Jesse Stewart
Jesse Stewart (NY Bar No. 5145495)
Enforcement Attorney
Email: jesse.stewart@cfpb.gov
Tel.: 202-435-9641
Fax: 202-435-5471
1700 G Street, NW
Washington, DC 20552




**For the Defendant BancorpSouth Bank:**

Anand S. Raman (admitted *pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
Tel. 202-371-7000
Fax 202-393-5760
anand.raman@skadden.com


/s/ Heath A. Fite
Heath A. Fite (MS#100889)
Waller Lansden Dortch & Davis, LLP
Regions-Harbert Plaza, Suite 1400
1901 6th Avenue North
Birmingham, AL  35203
Phone:  205-214-6380
Fax:  205-214-8787
heath.fite@wallerlaw.com